## STATE OF CONNECTICUT *v.* VICTOR RUSGAITIS
## (7124)

BORDEN, DALY and NORCOTT, Js.

Argued June 15—decision released June 21, 1989

*Victor Rusgaitis,* pro se, the appellant (defendant).

*Geoffrey E. Marion,* deputy assistant state's attorney, with whom, on the brief, were *John A. Connelly,* state's attorney, and *Karen Diebolt,* deputy assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.